**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Shuane Antelle DICKENS, Defendant—Appellant.**

No. 08–7709.

United States Court of Appeals, Fourth Circuit.

Submitted: April 16, 2009.

Decided: April 23, 2009.

Oldric J. Labell, Jr., Newport News, Virginia, for Appellant. Dana Boente, Acting United States Attorney, Robert J. Krask, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shuane Antelle Dickens appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Dickens*, No. 2:97–cr–00128–HCM–3 (E.D.Va. July 23, 2008). *See United States v. Dunphy*, 551 F.3d 247 (4th Cir.2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*